

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-25-00181-CV

Cain Hernandez-Hernandez, Appellant

v.

Claudia Isela Hernandez, Appellee

On Appeal from the 83rd District Court
Pecos County, Texas
Trial Court No. P-8467-83-CV

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant's brief was originally due on December 5, 2025. Appellant moved for three extensions, which this Court granted, extending the deadline to January 16, 2026.[1] On January 28, 2026, when no brief had been filed, we issued a notice advising Appellant that, unless his brief was filed within ten days, we might dismiss the appeal for want of prosecution. As of the date of this memorandum opinion, Appellant has not filed an appellate brief. *See* Tex. R. App. P. 38.8(a)(1) (authorizing an appellate court to dismiss an appeal for want of prosecution when the appellant fails to file an appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.


MARIA SALAS MENDOZA, Chief Justice

February 12, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

---

[1] Appellant first moved to extend the deadline from December 5, 2025, to January 5, 2026. The second extension requested three additional days—this Court granted a four-day extension and set the deadline for January 9, 2026. The third and final extension was granted for seven additional days, up to and including January 16, 2026.